## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, counsel for the {party} hereby certify that, to the best of their knowledge, information, and belief, the following persons and entities have an interest in the outcome of this appeal:

Anderson, Jerrika C., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Bartlett, Brent N., Baker & McKenzie, LLP, former attorney for Appellant/Petitioner

Bartel, John M., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Bessent, Scott, Acting Commissioner of Internal Revenue, Internal Revenue Service ("IRS"), Appellee/Respondent

Boning, Anna L., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Buch, Ronald L., Judge, United States Tax Court

Cook, Larry, owner of a 2.25-percent interest in Veribest Vesta, LLC, Appellant/Petitioner

Centrifuge Management, owner of a 0.75-percent interest in Veribest Vesta, LLC, Appellant/Petitioner

De Mello, Andrew A., Former Acting Chief Counsel, Office of Chief Counsel, IRS, Appellee/Respondent

Faulkender, Michael, Former Acting Commissioner of Internal Revenue, IRS, Appellee/Respondent

Garcia, Luis C., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Grier, Samuel H., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Hines, Erin R., Akerman, LLP, former attorney for Appellant/Petitioner

Jesse, Justin E., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Kies, Kenneth J., Acting Chief Counsel, IRS, Appellee/Respondent

Kovalskaya, Brittany S., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Krause, Melanie, Former Acting Commissioner of Internal Revenue, IRS, Appellee/Respondent

Kumar, Nishant, Appellate Section, Tax Litigation Branch, Civil Division, United States Department of Justice, attorney for Appellee/Respondent

Leach, Jessica L., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Long, Billy, Former Commissioner of Internal Revenue, IRS, Appellee/Respondent

Miller, Peyton R., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Millstone Creek, LLC, owner of a 97-percent membership interest in Veribest Vesta, LLC, Appellant/Petitioner

O'Brien, Joseph S., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

O'Donnell, Doug, Former Acting Commissioner of Internal Revenue, IRS, Appellee/Respondent

Paul, William M., Former Acting Chief Counsel, IRS, Appellee/Respondent

Rembach, Olivia H., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Rodriquez, Emily A., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

Rollinson, Marjorie A., Former Chief Counsel, IRS, Appellee/Respondent

Rubin, Jennifer M., Appellate Section, Tax Litigation Branch, Civil Division, United States Department of Justice, attorney for Appellee/Respondent

Shapley, Gary, Former Acting Commissioner of Internal Revenue, IRS, Appellee/Respondent

Shelman, Stephen Hunter, Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Sheppard, Hale E., Eversheds Sutherland (US), LLP, attorney for Appellant/Petitioner

Tyson, Kimberly B., Office of Chief Counsel, IRS, attorney for Appellee/Respondent

True North Resources, LLC, Partnership Representative and owner of a 5-percent membership interest in Veribest Vesta, LLC, Appellant/Petitioner

Van Staden, Pieter, Manager of True North Resources, LLC, Partnership Representative and owner of a 5-percent membership interest in Veribest Vesta, LLC, Appellant/Petitioner

Veribest Vesta, LLC, Appellant/Petitioner

Werfel, Daniel I., Former Commissioner of Internal Revenue, IRS, Appellee/Respondent

Counsel for the Commissioner are not aware of any publicly traded company or corporation that has an interest in the outcome of this case or appeal.

Respectfully submitted,

/s/ *Nishant Kumar*

NISHANT KUMAR (202) 532-3567
*Attorney, Tax Litigation Branch*
*Civil Division, U.S. Department of Justice*
*Post Office Box 502, Washington, D.C. 20044*
*Appellate.TaxCivil@usdoj.gov*
*Nishant.Kumar@usdoj.gov*

Dated: August 13, 2026